RECEIVED
IN LAKE CHARLES, LA
DEC 18 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| TIMOTHY LYLE TAYLOR, ET AL. | : | DOCKET NO. 2:07-CV-0097 |
| v. | : | JUDGE MINALDI |
| SHETLER LINCOLN MERCURY LTD, ET AL. | : | MAGISTRATE JUDGE WILSON |

### ORDER

After considering the plaintiffs' Motion for Attorney fees,

IT IS ORDERED that the Magistrate's Report and Recommendation [doc. 42] denying attorney's fees is hereby AFFIRMED.

Lake Charles, Louisiana, this 17 day of _____, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE